42 So.2d 847

### D. L. JACKSON v. STATE.
### 4 Div. 100.

Court of Appeals of Alabama.
Nov. 15, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

39 So.2d 925

### R. W. JACOBS v. STATE.
### 7 Div. 990.

Court of Appeals of Alabama.
Feb. 1, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

39 So.2d 925

### Jesse JEMISON v. STATE.
### 6 Div. 824.

Court of Appeals of Alabama.
April 5, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed, motion of appellant.

41 So.2d 919

### Augusta JOHNSON v. STATE.
### 6 Div. 796.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

42 So.2d 847

### Cordine JOHNSON, alias v. STATE.
### 4 Div. 102.

Court of Appeals of Alabama.
Nov. 15, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.